IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| LEAH Y. SNYDER, | Civil Action No. 3:11-cv-00064 |
| Plaintiff | |
| v. | **FINAL ORDER** |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security, | By:  Hon. Glen E. Conrad |
| | Chief United States District Judge |
| Defendant. | |

For reasons stated in a Memorandum Opinion filed this day, summary judgment is hereby entered for the defendant and it is so

**O R D E R E D**.

The Clerk is directed to send certified copies of this Judgment and Order to all counsel of record.

ENTER:  This 21st day of June, 2012.

_____
Chief United States District Judge