CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 21 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| LEAH Y. SNYDER, | ) |
|     Plaintiff | ) Civil Action No. 3:11-cv-00064 |
| v. | ) **FINAL ORDER** |
| MICHAEL J. ASTRUE, | ) |
|     Commissioner of Social Security, | ) By: Hon. Glen E. Conrad |
|     Defendant. | ) Chief United States District Judge |

For reasons stated in a Memorandum Opinion filed this day, summary judgment is hereby entered for the defendant and it is so

**ORDERED**.

The Clerk is directed to send certified copies of this Judgment and Order to all counsel of record.

ENTER: This 21st day of June, 2012.

_____
Chief United States District Judge